■ HERMAN ROOM et al. v. GERTRUDE GERSTLER.— Motion for leave to withdraw appeal granted and the appeal taken by defendant-appellant from the judgment entered on December 29, 1960 is withdrawn on consent. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ GERTRUDE GERSTLER v. ALFRED GERSTLER.— Motion for leave to withdraw appeal granted and the appeal taken by plaintiff-appellant from the order and judgment entered on June 30, 1961 is withdrawn on consent. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ ALAN F. MCHENRY, Individually and as Assignee, v. FIFTH AVENUE SYNAGOGUE et al.— Motions for a stay granted on condition that the appeal is perfected for argument or submission on May 1, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ TREBUHS REALTY CO., INC., et al. v. 210 CENTRAL PARK SOUTH CORPORATION et al.— Motion for a stay denied. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD A. GRUBEL et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally and Eager, JJ.

## SECOND DEPARTMENT, APRIL, 1962

### (April 2, 1962)

■ ROSE ABRAMSON et al., Appellants, v. VERNON MANOR COOPERATIVE APARTMENTS, SECTION II INCORPORATED, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ CHEMICAL CORN EXCHANGE BANK, Respondent, v. MONFORTE CONTRACTING CORP., Defendant, and IGNATIUS A. MONFORTE, Appellant.— Motion by appellant to dispense with printing and to extend time to perfect appeal, denied without prejudice to renewal in the proper court. On the court's own motion the appeal is transferred to the Appellate Division of the Supreme Court in the First Judicial Department, pursuant to section 618 of the Civil Practice Act. It appears that the order appealed from was made in the Supreme Court, New York County. The appeal, therefore, properly belongs in the Appellate Division, First Department; and the notice of appeal may be corrected accordingly by that court (Civ. Prac. Act, § 107). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ (A) HAROLD FROMKIN et al., Appellants, v. MERRALL REALTY, INC., et al., Respondents, and LAND & BUILDING INVESTORS, INC., Respondent-Appellant. (B) KENDELL W. GARRETT, Respondent, v. HERMAN BAUERLEIN, Appellant. (C) JOHN J. WALSH, SR., Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. (D) In the Matter of PAUL M. GREENE, Respondent, v. GEORGE STENGEL et al., Constituting the Suffolk County Civil Service Commission, et al., Appellants, and ARTHUR M. CROMARTY et al., Constituting the Board of Supervisors of the County of Suffolk, Respondents.— [In each action] Motion by appellant[s] for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.